# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   CHAD T. REUBER & NANCY L. REUBER            Case Number: 06-71448
         328 WEST RENROSE                            SSN-xxx-xx-5130 & xxx-xx-8267
         LOVES PARK, IL  61111

                                                     Case filed on:    8/16/2006
                                                     Plan Confirmed on: 2/12/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $9,350.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 3,100.00 | 3,100.00 | 1,558.88 | 0.00 |
|  | Total Legal | 3,100.00 | 3,100.00 | 1,558.88 | 0.00 |
| 014 | CHAD T. REUBER | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHAD T. REUBER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ROCK VALLEY FEDERAL CREDIT UNION | 3,403.86 | 3,403.86 | 2,101.14 | 415.58 |
| 002 | ROCK VALLEY FEDERAL CREDIT UNION | 5,172.29 | 5,172.00 | 3,241.25 | 495.01 |
| 003 | ROCK VALLEY FEDERAL CREDIT UNION | 73,267.80 | 0.00 | 0.00 | 0.00 |
| 013 | WINNEBAGO COUNTY TREASURER | 1,910.00 | 1,910.00 | 960.00 | 0.00 |
|  | Total Secured | 83,753.95 | 10,485.86 | 6,302.39 | 910.59 |
| 004 | ACCOUNT RECOVERY SERVICES | 154.00 | 1.54 | 0.00 | 0.00 |
| 005 | ACME CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KMART CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROBERT AND DEBRA REUBER | 14,100.00 | 141.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 2,482.84 | 24.83 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 1,011.22 | 10.11 | 0.00 | 0.00 |
| 012 | SPRINT NEXTEL - DISTRIBUTION | 580.85 | 5.81 | 0.00 | 0.00 |
|  | Total Unsecured | 18,328.91 | 183.29 | 0.00 | 0.00 |
|  | Grand Total: | 105,182.86 | 13,769.15 | 7,861.27 | 910.59 |

Total Paid Claimant:     $8,771.86
Trustee Allowance:       $578.14          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:  0.00             discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008        By   /s/Heather M. Fagan